Roger L. Grandgenett II, Esq.
Bar No. 6323
Kelsey E. Stegall, Esq.
Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Facsimile:   702.862.8811
Email:       rgrandgenett@littler.com
             kstegall@littler.com

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL
SERVICE, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND BARNHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICE, INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. 3:25-cv-00324<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff RAYMOND BARNHILL, ("Plaintiff"), by and through his attorneys of record, Greenberg Gross, LLP, and Defendant CLEAN HARBORS ENVIRONMENTAL SERVICE, INC. ("Defendant"), by and through its attorneys of record, Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint from the current deadline of July 24, 2025, up to and including **August 7, 2025.**

This extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint, to investigate the facts of this matter, and to prepare a responsive pleading.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

1  This is the first request for an extension of time to respond to the Complaint. This request
2  is made in good faith and not for the purpose of delay.

Dated: July 21, 2025

| GREENBERG GROSS LLP | LITTLER MENDELSON, P.C. |
|---|---|
| /s/ Matthew T. Hale, Esq. | /s/ Kelsey E. Stegall, Esq. |
| Jemma E. Dunn, Esq.<br>Matthew T. Hale, Esq.<br>Michael A. Burnette, Esq. | Roger L. Grandgenett, Esq.<br>Kelsey E. Stegall, Esq. |
| Attorneys for Plaintiff<br>RAYMOND BARNHILL | Attorneys for Defendant<br>CLEAN HARBORS ENVIRONMENTAL SERVICE, INC. |

**IT IS SO ORDERED.**

Dated: July 22, 2025

_____
UNITED STATE MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

4919-2311-2535 / 126729.1000

2