**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYMOND BARNHILL,

                           Plaintiff,

   v.

CLEAN HARBORS
ENVIRONMENTAL SERVICE, INC.,

                         Defendant.

3:25-cv-00324-MMD-CSD

**ORDER**

Re:  ECF No. 27

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 27.)

Pursuant to the Court's Civil Standing Order (ECF No. 8), Defendant shall file a response on or before close of business on **Monday, March 2, 2026**.  The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  February 26, 2026.

_____
Craig S. Denney
United States Magistrate Judge