Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
Email: rgrandgenett@littler.com
kstegall@littler.com

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND BARNHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts Corporation,<br><br>Defendant. | Case No. 3:25-cv-00324-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Plaintiff RAYMOND BARNHILL ("Plaintiff") and Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties agree that neither party shall be deemed to be a prevailing party in this action

/ / /

/ / /

/ / /

and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: September 17, 2026

GREENBERG GROSS LLP

*/s/ Michael A. Burnette*
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Michael A. Burnette, Esq.

Attorneys for Plaintiff
RAYMOND BARNHILL

Dated: September 17, 2026

LITTLER MENDELSON, P.C.

Roger L. Grandgenett, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: September 18, 2026

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800